466 A.2d 706

Commonwealth v. Blackwell, Appellant.

 Submitted
May 18, 1983. Mark S. Greenberg, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and BECK, JJ.

Judgment of sentence affirmed.

466 A.2d 706

Commonwealth v. Campbell, Appellant.

Submitted January 6, 1983. Benjamin Lerner, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and JOHNSON, JJ.

The judgment of sentence for simple assault is vacated. The judgment of sentence of ten to twenty years for rape is affirmed.

BECK, J., filed a memorandum concurring statement.